

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00127-CV

| | | |
|---|---|---|
| Beverly Ann Garvin, Individually and d/b/a Denton Lifestyles | § | From the 431st District Court |
| v. | § | of Denton County (2006-50362-367) |
| Meissner Publishing, Ltd.; Shirley Meissner, as Executor of the Estate of Harold Meissner; and Lisa Meissner | § | May 22, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that part of the trial court's judgment that dismisses appellant's claims against appellees with prejudice. We reverse all parts of the trial court's judgment that contain findings concerning liability or damages against appellant, and we remand all of appellees' claims against appellant to the trial court for a new trial.

It is further ordered that appellees Meissner Publishing, Ltd.; Shirley Meissner, as Executor of the Estate of Harold Meissner; and Lisa Meissner,

jointly and severally, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
        Chief Justice Terrie Livingston